

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00562-CV

ROY KEITH COBLE, Appellant

V.

KELLY DIANNE ADAMS, Appellee

Appeal from the 257th District Court of Harris County.   (Tr. Ct. No. 2003-06447).

**TO THE 257TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 20th day of November 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on April 2, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Roy Keith Coble, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 20, 2014.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 6, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

